[Nos. 15685–3–I; 19406–2–I. Division One. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DON RASMUSSEN, *Defendant,* BRUCE RASMUSSEN, *Appellant.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 84–1–00271–1, Marshall Forrest, J., entered November 1, 1984. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 16633–6–I. Division One. April 13, 1987.]

TED MIKULICH, *Respondent,* v. THOMAS VASILATOS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–08688–4, W. R. Cole, J. Pro Tem., entered April 20, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Webster, JJ.

[No. 15697–7–I. Division One. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK RICHARD MOON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–02261–9, David C. Hunter, J., entered November 28, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J. Now published at 48 Wn. App. 647.